UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Esteban Carlos RIVAS GARCIA,

Petitioner,

v.

SUPERINTENDENT, NORTHWEST IMMIGRATION AND CUSTOMS ENFORCEMENT PROCESSING CENTER,

Respondents.

Case No. 2:26-cv-02163-LK

**~~[PROPOSED]~~ ORDER GRANTING MOTION TO REVISE BRIEFING SCHEDULE AND FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Having considered Petitioner's Unopposed Motion to Revise Briefing Schedule and File Amended Petition for Writ of Habeas Corpus, the Court GRANTS the motion. Accordingly, the Court ORDERS as follows:

1. Petitioner shall file the amended petition for a writ of habeas corpus by October 5, 2026. Petitioner is not required to redline his amended petition.[1]
2. Respondents will file a response to the habeas petition by Monday, October 19, 2026.
3. Petitioner may file a traverse / reply to the response no later than Monday, October 26, 2026.

[1] The Court has added language to Petitioner's proposed order in underlining.



NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

4. The Court will note this matter for consideration on the same day as Petitioner's traverse: Monday, October 26, 2026.

5. The Court's existing order to provide pre-transfer or pre-removal notice to Petitioner and Petitioner's counsel remains in effect. *See* Dkt. 5.

6. <u>The Clerk shall remove the existing Response, Dkt. No. 8, from the Court's motions calendar.</u>

It is so ORDERED.

DATED this 29th day of September, 2026.

Lauren King
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Petitioner*